# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

Jamie Ramos-Venegas,

    Petitioner,

    v.                                Case No. 2:26-cv-02923-BCL-atc

Christopher Bullock,

    Respondent.

## ORDER DIRECTING SERVICE AND RESPONSE

Petitioner is a noncitizen currently detained in Mason, Tennessee. Doc. 1. On July 24, 2026, he filed for a writ of habeas corpus under 28 U.S.C. § 2241 for immediate release. *Id.* at 7.

The Clerk **SHALL** send a copy of this Petition to counsel for the Respondent at stuart.canale@usdoj.gov and file a Notice stating when that is done. Electronic service on the United States Attorney for the Western District of Tennessee is *not* a substitute for the requirements of formal service but is instead intended only to provide the Respondent notice and an opportunity to be heard given the potentially expedited nature of these proceedings. Respondent is **ORDERED** to file a response to the Petition within **three (3)** days of service. Petitioner may file a reply within **three (3)** days of service of the response.

**IT IS SO ORDERED**, this 27th day of July 2026.

s/ *Brian C. Lea*
_____
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE